(Docket Entry No. 5)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| GLORIA J. MONTANA, | : |
| Plaintiff, | : Civil No. 11-1394 (RBK/JS) |
| v. | : **ORDER** |
| ACRA TURF CLUB, LLC d/b/a FAVORITES AT VINELAND, et al., | : |
| Defendants. | : |

**THIS MATTER HAVING COME BEFORE THE COURT** on the motion of Plaintiff Gloria J. Montana ("Plaintiff") to remand this case, removed by Defendants ACRA Turf Club, LLC d/b/a Favorites at Vineland, et al ("Defendants"), to the Superior Court of New Jersey, Camden County, Docket No: CAM-L-683-11; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys Fees and Costs in connection with this Motion for Remand is **DENIED**.


Dated:  10/4/11                                           /s/ Robert B. Kugler
                                                          ROBERT B. KUGLER
                                                          United States District Judge